**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ANGEL TEJEDA-MATA,

                        Petitioner,               26 **CIVIL** 0658 (KMK)

       -against-                         **JUDGMENT**

LADEON FRANCIS, ET AL.,

                       Respondents.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 28, 2026, Petitioner's Petition for the writ of habeas corpus is GRANTED.

**DATED:**  New York, New York
          January 30, 2026

                                          **TAMMI M. HELLWIG**

                                            **Clerk of Court**

              **BY:**    _____
                                   **Deputy Clerk**